FILED

08/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0486



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0486

STATE OF MONTANA,

       Plaintiff and Appellee,

  v.

DANIEL MAROZZO,

       Defendant and Appellant.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: August 16, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court